**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jesus GUERRERO, Defendant–Appellant.**

**No. 10–10105.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed Feb. 17, 2011.

Kimberly E. Hopkins, Esquire, Assistant U.S. Attorney, USTU–Office of the

U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Philip Kimble, Tucson, AZ, for Defendant–Appellant.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

MEMORANDUM **

Jesus Guerrero appeals from the 27–month sentence imposed following his guilty-plea conviction for importing marijuana, in violation of 21 U.S.C. §§ 952(a), 960(a)(1) and (b)(3), and possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Guerrero contends that the court procedurally erred by giving undue deference to the Sentencing Guidelines and by failing to adequately articulate the reasons for the sentence imposed. The record reflects that the district court did not procedurally err. *See United States v. Carty,* 520 F.3d 984, 991–95 (9th Cir.2008) (en banc).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.